AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

PATRICE BOOTHE as
next friend of K. C.

V.

WHEELING POLICE OFFICER SHERMAN (Star #155),
THE VILLAGE OF WHEELING, TOWNSHIP HIGH
SCHOOL DISTRICT 214 and UNKNOWN DISTRICT 214
EMPLOYEES

CASE NUMBER: No: 1:13-cv-7228

ASSIGNED JUDGE: Honorable Gary Feinerman

DESIGNATED MAGISTRATE JUDGE: Arlander Keys

TO: (Name and address of Defendant)

Wheeling Police Officer Sherman (Star #155)
1 Community Blvd.
Wheeling, IL 60090

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shiller Preyar*Preyar Law Offices
1100 W. Cermak Rd., Suite B401
Chicago, IL 60608

an answer to the complaint which is herewith served upon you, within ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.Thom

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

THOMAS G. BRUTON, CLERK

~~THOMAS G. BRUTON, CLERK~~
(By) DEPUTY CLERK

(By) DEPUTY CLERK

DATE

December 20, 2013

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1-17-14 |
| NAME OF SERVER (PRINT) Kimberly Garrett | TITLE Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: K Maldonado

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-17-14
           Date

Signature of Server: Kimberly Garrett

Address of Server: P.O Box 981 Dolton, Il. 60419

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.